[No. 3283-1.   Division One.   June 1, 1976.]

OPHELIA ADAMS, *Respondent*, v. WILLIAM E. ADAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King

County, No. D-44362, James J. Dore, J., entered September 9, 1974. *Affirmed* by unpublished per curiam opinion.